UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHLEY PEARSON and
VERONICA ADAMSON, on behalf of
themselves and all other similarly
situated individuals,

        Case No. 21-cv-10258

    Plaintiffs,

        Paul D. Borman
        United States District Judge

v.

TOP FLIGHT ENTERTAINMENT,
LTD., M&M ZIN ENTERPRISES,
INC., ABCDE OPERATING, LLC, and
ALAN MARKOVITZ,

    Defendants.
_____/

## JUDGMENT

For the reasons stated in an Opinion and Order issued this same day, it is ORDERED AND ADJUDGED that the Joint Motion for Judicial Approval of FLSA Settlement and Dismissal of Action with Prejudice (ECF No. 10) is GRANTED, the parties' Settlement Agreement is APPROVED, the Stay is LIFTED, and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: September 14, 2021

        s/Paul D. Borman
        Paul D. Borman
        United States District Judge